mination of the Appellate Term, plaintiff stipulated for judgment absolute in the event of affirmance and thereby waived his privilege to apply for leave to appeal to this court.

*Jacob H. Corn* for motion.

*Max Silverstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on authority of *Gordon v. Hartman* (79 N. Y. 221).

---

SARAH SIEGEL, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Appeal — failure to file notice of appeal and undertaking within thirty days after obtaining permission to appeal.*

Siegel v. National Surety Co., 209 App. Div. 901, appeal dismissed. (Argued January 19, 1925; decided January 27, 1925.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that defendant failed to file its notice of appeal and the required undertaking within thirty days after obtaining permission to appeal.

*Harry D. Mencher* for motion.

*Sidney J. Loeb* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.